IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JANE ROE,**

        **Plaintiff,**           Civ. Action No. 3:22-cv-00532

**v.**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS,**

        **Defendant.**

### NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Civil Procedure 83.4, Casey E. Waldeck (WVSB # 14001) hereby provides notice that she is withdrawing as counsel of record for and on behalf of Plaintiff Jane Roe. Plaintiff will continue to be represented by counsel of record, Ryan McCune Donovan and J. Zak Ritchie of the law firm of Hissam Forman Donovan Ritchie, PLLC.

        **Respectfully submitted,**

        /s/ Casey E. Waldeck
        Casey E. Waldeck (WVSB # 14001)
        HISSAM FORMAN DONOVAN RITCHIE PLLC
        P.O. Box 3983
        Charleston, WV 25339
        681-265-3802 *office*
        304-982-8056 *fax*
        cwaldeck@hfdrlaw.com