THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JANE ROE,**

    **Plaintiff,**

**v.**                                      **Civil Action No. 3:22-CV-00532**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS,**

    **Defendant.**

## DEFENDANT MARSHALL UNIVERSITY BOARD OF GOVERNORS' NOTICE OF INTENT TO SERVE SUBPOENAS FOR RECORDS

PLEASE TAKE NOTICE that Defendant Marshall University Board of Governors, by counsel, will issue and serve two (2) Subpoenas for the production of certain documents pursuant to Rule 45 of the Federal Rules of Civil Procedure. Redacted copies of the Subpoenas to be served are attached hereto collectively as ***Exhibit A***. Copies of any documents received in response to the Subpoenas will be produced to opposing counsel upon receipt of the same.

                        **MARSHALL UNIVERSITY BOARD OF GOVERNORS,**

                        **By counsel,**

                        **/s/ J. Jarrod Jordan**
                        Perry W. Oxley (WVSB #7211)
                        J. Jarrod Jordan (WVSB #10622)
                        Zachary T. Ramey (WVSB #14382)
                        Oxley Rich Sammons, PLLC
                        517 9th Street, Suite 1000
                        Huntington WV 25701
                        304-522-1138

                                                  304-522-9528 (fax)
                                                  poxley@oxleylawwv.com
                                                  jjordan@oxleylawwv.com
                                                  zramey@oxleylawwv.com
                                                  *Counsel for Defendant*

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**JANE ROE,**

      **Plaintiff,**

**v.**

                                          **Civil Action No. 3:22-CV-00532**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS,**

      **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, Marshall University Board of Governors, served the foregoing **"DEFENDANT MARSHALL UNIVERSITY BOARD OF GOVERNORS' NOTICE OF INTENT TO SERVE SUBPOENAS FOR RECORDS"** by electronically filing a true copy of the same with the Clerk of the Court using the CM/ECF system on this **20th day of September 2023:**

                Ryan McCune Donovan (WVSB #11660)
                J. Zak Ritchie (WVSB #11705)
                HISSAM FORMAN DONOVAN RITCHIE PLLC
                P.O. Box 3983
                Charleston, WV 25339
                rdonovan@hfdrlaw.com
                zritchie@hfdrlaw.com
                *Counsel for Plaintiff*

                                        **/s/ J. Jarrod Jordan**
                                        Perry W. Oxley (WVSB #7211)
                                        J. Jarrod Jordan (WVSB #10622)
                                        Zachary T. Ramey (WVSB #14382)