THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JANE ROE,**

    **Plaintiff,**

**v.**                                          **Civil Action No. 3:22-CV-00532**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS,**

    **Defendant.**

**DEFENDANT MARSHALL UNIVERSITY BOARD OF GOVERNORS'**
**NOTICE OF ISSUANCE OF SUBPOENAS**

PLEASE TAKE NOTICE that Defendant Marshall University Board of Governors, by counsel, has issued three (3) Subpoenas for testimony and the production of certain documents pursuant to Rule 45 of the Federal Rules of Civil Procedure. Redacted copies of the Subpoenas are attached hereto collectively as ***Exhibit A***.

                                                  **MARSHALL UNIVERSITY BOARD OF**
                                                  **GOVERNORS,**

                                                  **By counsel,**

                                                  **/s/ J. Jarrod Jordan**
                                                  Perry W. Oxley (WVSB #7211)
                                                  J. Jarrod Jordan (WVSB #10622)
                                                  Zachary T. Ramey (WVSB #14382)
                                                  Oxley Rich Sammons, PLLC
                                                  517 9th Street, Suite 1000
                                                  Huntington WV 25701
                                                  304-522-1138
                                                  304-522-9528 (fax)
                                                  poxley@oxleylawwv.com

jjordan@oxleylawwv.com
zramey@oxleylawwv.com
*Counsel for Defendant*

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**JANE ROE,**

    **Plaintiff,**

**v.**                                                       **Civil Action No. 3:22-CV-00532**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, Marshall University Board of Governors, served the foregoing **"DEFENDANT MARSHALL UNIVERSITY BOARD OF GOVERNORS' NOTICE OF ISSUANCE OF SUBPOENAS"** by electronically filing a true copy of the same with the Clerk of the Court using the CM/ECF system on this **21st day of December 2023:**


                Ryan McCune Donovan (WVSB #11660)
                    J. Zak Ritchie (WVSB #11705)
        HISSAM FORMAN DONOVAN RITCHIE PLLC
                          P.O. Box 3983
                        Charleston, WV 25339
                    rdonovan@hfdrlaw.com
                      zritchie@hfdrlaw.com
                        *Counsel for Plaintiff*


                                                **/s/ J. Jarrod Jordan**
                                                Perry W. Oxley (WVSB #7211)
                                                J. Jarrod Jordan (WVSB #10622)
                                                Zachary T. Ramey (WVSB #14382)

3