THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JANE ROE,**

    **Plaintiff,**

**v.**                                                                 **Civil Action No. 3:22-CV-00532**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS,**

    **Defendant.**

## DEFENDANT MARSHALL UNIVERSITY BOARD OF GOVERNORS' NOTICE OF INTENT TO SERVE SUBPOENAS

PLEASE TAKE NOTICE that Defendant Marshall University Board of Governors, by counsel, will issue and serve two (2) Subpoenas for testimony and the production of certain documents at the depositions pursuant to Rule 45 of the Federal Rules of Civil Procedure. Redacted copies of the Subpoenas to be served are attached hereto collectively as ***Exhibit A***.

                                                         **MARSHALL UNIVERSITY BOARD OF GOVERNORS,**

                                                         **By counsel,**

                                                         **/s/ J. Jarrod Jordan**
Perry W. Oxley (WVSB #7211)
J. Jarrod Jordan (WVSB #10622)
Zachary T. Ramey (WVSB #14382)
Oxley Rich Sammons, PLLC
517 9th Street, Suite 1000
Huntington WV 25701
304-522-1138
304-522-9528 (fax)
poxley@oxleylawwv.com

2

jjordan@oxleylawwv.com
zramey@oxleylawwv.com
*Counsel for Defendant*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JANE ROE,**

    **Plaintiff,**

**v.**                                                        **Civil Action No. 3:22-CV-00532**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, Marshall University Board of Governors, served the foregoing **"DEFENDANT MARSHALL UNIVERSITY BOARD OF GOVERNORS' NOTICE OF INTENT TO SERVE SUBPOENAS"** by electronically filing a true copy of the same with the Clerk of the Court using the CM/ECF system on this **21st day of December 2023:**

Ryan McCune Donovan
J. Zak Ritchie
Kayla Reynolds
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339

*Counsel for Plaintiff*

    **/s/ J. Jarrod Jordan**
Perry W. Oxley (WVSB #7211)
J. Jarrod Jordan (WVSB #10622)
Zachary T. Ramey (WVSB #14382)