THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JANE ROE,**

      **Plaintiff,**

**v.**
                                            **Civil Action No. 3:22-cv-00532**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS,**

      **Defendant.**

## DEFENDANT'S NOTICE OF FILING AFFIDAVIT IN SUPPORT OF RESPONSE TO MOTION TO COMPEL

PLEASE TAKE NOTICE that Defendant, by counsel, hereby files the attached Affidavit in support of its previously filed **"DEFENDANT MARSHALL UNIVERSITY BOARD OF GOVERNORS' RESPONSE IN OPPOSITION TO MOTION TO COMPEL" [Doc. No. 96]** in this matter. The Affidavit is attached hereto as *Exhibit A.*

                                              **MARSHALL UNIVERSITY BOARD OF GOVERNORS,**

                                              **By counsel,**

                                              **/s/ J. Jarrod Jordan**
                                              Perry W. Oxley (WVSB #7211)
                                              J. Jarrod Jordan (WVSB #10622)
                                              Zachary T. Ramey (WVSB #14382)
                                              Oxley Rich Sammons, PLLC
                                              517 9th Street, Suite 1000
                                              Huntington WV 25701
                                              304-522-1138
                                              304-522-9528 (fax)
                                              poxley@oxleylawwv.com
                                              jjordan@oxleylawwv.com
                                              zramey@oxleylawwv.com
                                              *Counsel for Defendant*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JANE ROE,**

    **Plaintiff,**

**v.**                                                       **Civil Action No. 3:22-cv-00532**

**MARSHALL UNIVERSITY**
**BOARD OF GOVERNORS,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, Marshall University Board of Governors, served the foregoing "**DEFENDANT'S NOTICE OF FILING AFFIDAVIT IN SUPPORT OF RESPONSE TO MOTION TO COMPEL**" by electronically filing the same with the Clerk of the Court using the CM/ECF system on this **5th Day of January 2024**, which shall provide a copy of the same to the following:

Ryan McCune Donovan
J. Zak Ritchie
Kayla Reynolds
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339

*Counsel for Plaintiff*

                                                **/s/ J. Jarrod Jordan**
                                                Perry W. Oxley (WVSB #7211)
                                                J. Jarrod Jordan (WVSB #10622)
                                                Zachary T. Ramey (WVSB #14382)