# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:22-cv-00532  **Type:** Civil
**Caption:** Roe v. Marshall University Board of Governors  **Judge:** Cheryl A. Eifert

**Started:** 1/29/2024 1:54:26 PM
**Ends:**    1/29/2024 3:19:11 PM      **Length:** 01:24:46

    Judge: Cheryl A. Eifert
    Courtroom Deputy: Sara May
    Judicial Assistant: Laura Tatman
    Law Clerk: Jenna Hess
    Plaintiff's Counsel: Kayla Stickley Reynolds, Ryan McCune Donovan
    Defense Counsel: Perry W. Oxley, James Jarrod Jordan

**TELEPHONIC MOTION HEARING**

| Time | Event |
|---|---|
| 1:59:00 PM | Judicial Assistant: Laura Tatman |
| 1:59:02 PM | Called case, noted appearance of counsel by telephone |
| 2:01:10 PM | Parties discuss discovery and deposition issues |
| 2:38:47 PM | The parties are to discuss continuing the discovery deadline and inform the Court of their decision |
| 2:39:50 PM | Parties discuss Plaintiff's #79 Motion to Compel and Defendant's #77 Motion for Protective Order |
| 2:58:38 PM | Judge: Cheryl A. Eifert |
| 2:58:40 PM | Grants Defendant's #77 Motion for Protective Order |
| 2:59:00 PM | Parties discuss performance of IME |
| 3:18:48 PM | Hearing Adjourned |