IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JANE ROE,

          Plaintiff,

v.                                                              CIVIL ACTION NO. 3:22-0532

MARSHALL UNIVERSITY
BOARD OF GOVERNORS,

          Defendant.

**ORDER**

Pending is Plaintiff's Motion to Reopen Discovery and Request for Expedited Briefing. ECF No. 118. The Court **GRANTS** the request for expedited briefing and **ORDERS** Defendant to respond to the motion by **February 5, 2024,** at **5:00 p.m.** and Plaintiff to reply by **February 7, 2024,** at **12:00 p.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

          ENTER:      January 31, 2024

          ROBERT C. CHAMBERS
          UNITED STATES DISTRICT JUDGE