IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JANE ROE,

        Plaintiff,

v.                                        CIVIL ACTION NO. 3:22-0532

MARSHALL UNIVERSITY
BOARD OF GOVERNORS,

        Defendant.

**ORDER**

Before the Court are Defendant's Motion to Exceed Page Limitation for Summary Judgment Briefs, *see* ECF No. 125, and Defendant's Motion to File Certain Summary Judgment Exhibits Under Seal, *see* ECF No. 126. Upon consideration, the Court **GRANTS** both motions.

As to Defendant's Motion to Exceed Page Limitation for Summary Judgment Briefs, the Court finds good cause to exceed the twenty-page restriction imposed by L.R. Civ. P. 7.1(a)(2). Memoranda of Law in Support of Summary Judgment may not exceed thirty (30) pages. Responses may not exceed thirty (30) pages. Replies may not exceed twenty (20) pages.

As to Defendant's Motion to File Certain Summary Judgment Exhibits Under Seal, the Court finds good cause to seal Exhibits A, B, D, E, F, G, and K of the Defendant Marshall University Board of Governors' Motion for Summary Judgment, ECF No. 124. These exhibits contain confidential information. *See* ECF No. 37. The Clerk is **DIRECTED** to file Exhibits A (Pl.'s Deposition), B (Criminal Complaint), D (Lisa Martin Deposition), E (Debra Hart Deposition), F (Student Conduct Packet), G (Correspondence), and K (Pl.'s Discovery Responses)

-2-

to Defendant Marshall University Board of Governors' Motion for Summary Judgment, ECF No. 124, under seal. The Motion itself should *not* be sealed.

The Clerk is instructed to provide a copy of this Order to counsel and any unrepresented parties.

ENTER: February 5, 2024

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE