IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**JANE ROE,**

      **Plaintiff,**

v.                                   Case No.: 3:22-cv-00532

**MARSHALL UNIVERISTY**
**BOARD OF GOVERNORS,**

      **Defendant.**

**ORDER**

Pending before the Court is Defendant's Motion to Stay Enforcement of Memorandum Opinion and Order and Alternative Motion for Enlargement of Time to Comply. (ECF No. 134). A telephonic hearing was held on February 14, 2024. For the reasons discussed during the hearing, the Court **GRANTS, in part,** and **DENIES, in part,** the motion. The Memorandum Opinion and Order will not be stayed, so that portion of the Motion is **DENIED**.

However, the Court **GRANTS** an enlargement of time as follows: Defendant is **ORDERED** to produce on February 14, 2024 responses to all of the relevant discovery requests, with the exception of Interrogatory No. 9 and Request for Production of Documents Nos. 6 and 7. Answers to those three discovery requests shall be provided on a rolling basis (as soon as documents and information becomes available), with the final responses due no later than **seven days** before the first day of the Rule 30(b)(6) deposition.

The Clerk is directed to provide a copy of this Order to counsel of record.

**ENTERED:** February 15, 2024

Cheryl A. Eifert
United States Magistrate Judge