

Post Office Box 320
Huntington, WV 25708

Telephone: 304.525.5700

Donald B. O'Dell
dodell@odellmediation.com

May 10, 2024

File No: 24-021



Rory L. Perry, II, Clerk
UNITED STATES DISTRICT COURT
845 Fifth Avenue, Room 101
Huntington, WV 25701

Re: Jane Roe v. Marshall University Board of Governors
In the United States District Court for the Southern District of West Virginia
Civil Action No: 3:22-cv-00532

Dear Mr. Perry:

As you may know, the parties contacted me and requested that I mediate the above-referenced matter pending before Judge Chambers and scheduled for trial on August 6, 2024. Pursuant to LR Civ P 16.6.8, I submit the following report.

On April 29, 2024, a mediation session was conducted. The parties negotiated openly and knowledgeably about the case. Following the mediation session, additional attempts were made toward resolution. These negotiations resulted in progress toward settlement; however, ultimately an impasse was reached. Suffice it to say that the parties have very different evaluations of this case.

I am pleased to be of service to the parties, counsel and the Court and am willing to remain involved as the mediator for purposes of the possibility of future negotiations. Should you or Judge Chambers have any questions regarding mediation efforts to date, please do not hesitate to contact me.

Sincerely,

Donald B. O'Dell

DBO:tgc

cc: The Honorable Robert C. Chambers
UNITED STATES DISTRICT COURT
845 Fifth Avenue
Huntington, WV 25701-2014



Rory L. Perry, II, Clerk
May 10, 2024
Page 2

cc:   rdonovan@hfdrlaw.com
      Ryan McCune Donovan, Esquire
      HISSAM FORMAN DONOVAN RITCHIE PLLC
      P.O. Box 3983
      Charleston, WV 25339

      poxley@oxleylawwv.com
      Perry W. Oxley, Esquire
      OXLEY RICH SAMMONS, PLLC
      517 9th Street, Suite 1000
      Huntington, WV 25701