# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

JANE ROE,

        Plaintiff,

v.                                            CIVIL ACTION NO.   3:22-0532

MARSHALL UNIVERSITY
BOARD OF GOVERNORS,

        Defendant.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion & Order, the Court **ORDERS** judgment be entered for Defendant on all counts. The Court **DIRECTS** this case be dismissed and stricken from the docket of this Court.

The Court further **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record and any unrepresented parties.

                                          ENTER:       June 24, 2024

                                          ROBERT C. CHAMBERS
                                          UNITED STATES DISTRICT JUDGE