IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JANE ROE,

        Plaintiff,                                           Civ. Action No. 3:22-cv-00532

v.

MARSHALL UNIVERSITY
BOARD OF GOVERNORS,

        **Defendant.**

## NOTICE OF APPEAL

Plaintiff Jane Roe appeals to the United States Court of Appeals for the Fourth Circuit from the memorandum opinion and order granting summary judgment (ECF No. 203) and the judgment order (ECF No. 204), which were entered on June 24, 2024.

Dated: July 19, 2024                             **Respectfully submitted,**

                                                                     **PLAINTIFF JANE ROE**

                                                                       **By counsel:**

                                                                       */s/ Kayla S. Reynolds*
                                                                       Ryan M. Donovan (WVSB #11660)
                                                                       Kayla S. Reynolds (WVSB #13268)
                                                                       HISSAM FORMAN DONOVAN RITCHIE PLLC
                                                                       P.O. Box 3983
                                                                       Charleston, WV 25339
                                                                       681-265-3802 *office*
                                                                       304-982-8056 *fax*
                                                                       rdonovan@hfdrlaw.com
                                                                       kreynolds@hfdrlaw.com