FILED: July 22, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-1669
(3:22-cv-00532)

_____

JANE ROE

      Plaintiff - Appellant

v.

MARSHALL UNIVERSITY BOARD OF GOVERNORS

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Huntington |
| Originating Case Number | 3:22-cv-00532 |
| Date notice of appeal filed in originating court: | 07/19/2024 |
| Appellant | Jane Roe |
| Appellate Case Number | 24-1669 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |